IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

USA

,

Plaintiff(s),

v.

Timothy Mason,

Defendant(s).

Case No. 15 CR 102-1
Judge Sharon Johnson Coleman

## ORDER

Initial appearance held. Arraignment held. Defendant informed of rights, waives formal reading and enters plea of not guilty to all counts of the indictment. Rule 16.1 conference by 4/17/2015. Status hearing set to 7/15/2015 at 9:45 a.m. Pretrial motion schedule to be set at the next status. Defendant's appearance waived at the next hearing. Time excluded to 7/15/2015 pursuant to 18:3161 (h)(7)(B)(i) - (X-T1).

(T: 0:12)

Date: 4/1/2015

/s/ Sharon Johnson Coleman
Sharon Johnson Coleman
United States District Court