UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY MASON and MARIANA GERZANYCH | No. 15 CR 102<br><br>Judge Sharon Johnson Coleman |

**UNOPPOSED APPLICATION FOR ORDER TO DISCLOSE TAX RETURNS AND RETURN INFORMATION AT TRIAL**

The United States of America, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, pursuant to 26 U.S.C. § 6103(i)(4)(A)(ii), makes application to this Court for an order authorizing the government to disclose tax returns and return information of:

Timothy Mason;
Mariana Gerzanych;
Actium Power; and
350Green LLC,

for tax years 2008 through 2012.

In support of this application, applicant avers the following:

The defendants in this case have been charged with alleged violations of Title 18, United States Code, Section 1343 (wire fraud).

The above–described tax returns may be statements of witnesses within the meaning of 18 U.S.C. § 3500 and may otherwise be discoverable under Fed. R. Crim. P. 16.

The government is not requesting that this Court rule on the admissibility of any of the above-described tax information at trial at this time, but only requesting

authorization to disclose it in discovery and at trial if this Court deems the evidence admissible.

Counsel for the government has conferred with counsel for both defendants, who do not oppose this application.

WHEREFORE, applicant asks this Court to enter an order on this application authorizing disclosure by the government of the tax returns and return information specified herein.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By:    *s/Maureen E. Merin*
Maureen E. Merin
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-1457

Date: April 10, 2015