UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 15 CR 102 |
| | ) | |
| TIMOTHY MASON, et al. | ) | Judge Sharon Johnson Coleman |
| | ) | |

## REVISED AGREED NOTICE OF MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER GOVERNING DISCOVERY

TO: Defense Counsel of Record

PLEASE TAKE NOTICE that on April 15, 2015, at 9:45 a.m., or as soon thereafter as counsel may be heard, I will appear before the Hon. Sharon Johnson Coleman, in the courtroom usually occupied by her in the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and present the **United States' Motion for Entry of Agreed Protective Order Governing Discovery** in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,
ZACHARY T. FARDON
United States Attorney

Date: April 10, 2015 By: *s/ Maureen E. Merin*
MAUREEN E. MERIN
Assistant United States Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-1457