IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

USA

,

Plaintiff(s),

v.

Mariana Gerzanych, Timothy Mason,

Defendant(s).

Case No. 15 CR 102
Judge Sharon Johnson Coleman

## ORDER

Motion hearing held. Government's unopposed motion for entry of agreed protective order governing discovery [18] and for order to disclose tax returns and return information at trial [20] are granted. Enter Orders.

(T: 0:04)

Date: 4/15/2015

/s/ Sharon Johnson Coleman
Sharon Johnson Coleman
United States District Court Judge

2015 APR 17 PM 1:31