UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 15 CR 102 |
|---|---|
| v. | Judge Sharon Johnson Coleman |
| TIMOTHY MASON and MARIANA GERZANYCH | |

## ORDER FOR DISCLOSURE OF TAX RETURNS AND RETURN INFORMATION AT TRIAL

Upon the application of the United States Attorney for the Northern District of Illinois for an order, pursuant to 26 U.S.C. § 6103(i)(4)(A)(ii), authorizing the government to disclose tax returns and return information of:

> Timothy Mason;
> Mariana Gerzanych;
> Actium Power; and
> 350Green LLC,

for the tax years 2008 through 2012, and after examining the application, this Court finds:

The above-described tax returns and return information -may be statements of witnesses within the meaning of 18 U.S.C. § 3500 and may otherwise be discoverable under Fed. R. Crim. P. 16.

IT IS THEREFORE ORDERED that the Government may disclose such tax returns and return information of:

> Timothy Mason;
> Mariana Gerzanych;
> Actium Power; and
> 350Green LLC,

for tax years 2008 through 2012 for discovery purposes, and at the trial of this case or any related judicial proceeding.

Admissibility of the above-described tax information at trial is reserved for further ruling by the Court.

No disclosure shall be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103(h)(4) and 26 C.F.R. § 301.6103(i)(1).

_____
Judge Sharon Johnson Coleman

Dated: 4/15/2015