# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                    Case No.: 1:15−cr−00102
                                                   Honorable Sharon Johnson Coleman

Timothy Mason, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 12, 2016:

      MINUTE entry before the Honorable Sharon Johnson Coleman: as to Timothy Mason (1), Mariana Gerzanych (2); For the foregoing reasons, the defendants' motions to Dismiss the Indictment based on Duplicity [33] and to Dismiss the Indictment based on a Lack of Venue [35] are denied. Enter Memorandum Opinion and Order. Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.