UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | No. 15 CR 102 |
| v. | ) | |
| | ) | Judge Sharon Johnson Coleman |
| TIMOTHY MASON, et al. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above case.

> Respectfully submitted,
> JOEL R. LEVIN
> Acting United States Attorney

By: *s/Sarah E. Streicker*
SARH E. STREICKER
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-1415

March 15, 2017