UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 15 CR 102 |
| | ) | Judge Sharon Johnson Coleman |
| TIMOTHY MASON and | ) | |
| MARIANA GERZANYCH | ) | |

## AGREED JOINT MOTION TO EXTEND TIME

The UNITED STATES OF AMERICA, by JOEL R. LEVIN, Acting United States Attorney for the Northern District of Illinois, respectfully submits this agreed and joint motion to extend time to file pretrial materials, and in support of this motion, states as follows:

1. Trial is set to begin in this matter on May 2, 2017. R.58. This Court has set a pretrial conference for April 12, 2017. R.57.

2. Defendant Timothy Mason is scheduled to enter a plea to the charges in this indictment on April 12, 2017. R.59.

3. This Court has set March 27, 2017, as the date by which the parties must submit their final pretrial orders and motions in limine. R.57.

4. The government and counsel for Mariana Gerzanych are currently engaged in negotiations which may resolve this case short of trial.

5.      In order to avoid unnecessary litigation, the government and counsel for Ms. Gerzanych jointly request that this Court extend the time by which the parties must file their Final Pretrial Orders for one week, until April 3, 2017, and the time by which the parties must file their responses to motions in limine to April 10, 2017.

6.      Counsel for Timothy Mason has been advised of this motion and has no objection to the motion.


Respectfully submitted,

JOEL R. LEVIN
Acting United States Attorney


By:      s/Maureen E. Merin
MAUREEN E. MERIN
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-1457