UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 15 CR 102 |
| v. ) | Judge Sharon Johnson Coleman |
| ) | |
| TIMOTHY MASON and ) | |
| MARIANA GERZANYCH ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, March 29, 2017 at 9:45 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Coleman in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present:

AGREED JOINT MOTION TO EXTEND TIME

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

JOEL R. LEVIN
Acting United States Attorney

By: */s/ Maureen E. Merin*
MAUREEN E. MERIN
Assistant U.S. Attorneys
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-1457

Dated: March 22, 2017