UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                         Case No.: 1:15−cr−00102
                                                            Honorable Sharon Johnson Coleman

Timothy Mason, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 27, 2017:

      MINUTE entry before the Honorable Sharon Johnson Coleman: as to Timothy Mason (1), Mariana Gerzanych (2); The United States' joint agreed motion for extension of time [61] is granted in part and denied in part. Final pretrial order and motions in limine to be filed by 4/3/2017. Responses due by 4/7/2017. No appearance necessary on 3/29/2017. Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.