# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                     Case No.: 1:15−cr−00102
                                    Honorable Sharon Johnson Coleman

Timothy Mason, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 12, 2017:

      MINUTE entry before the Honorable Sharon Johnson Coleman: as to Timothy Mason, Mariana Gerzanych; Status hearing held on 4/12/2017. Change of Plea Hearing as to Timothy Mason is stricken. Change of Plea Hearing set for 5/2/2017 at 10:00 AM as to both defendants. Government shall provide the court with a courtesy copy of the plea agreement at least 3 days prior to the plea. Pretrial conference stricken. Jury trial set to 5/2/2017 is stricken. Time continues to be excluded to 5/2/2017 pursuant to 18:3161 (h)(7)(B)(i). Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.