

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

USA

Plaintiff(s),

v.

Timothy Mason,

Defendant(s).

Case No. 15 CR 102-1
Judge Sharon Johnson Coleman

## ORDER

Change of plea hearing held. Defendant withdraws plea of not guilty and enters plea of guilty to count 1 of the indictment. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for a presentence investigation. Sentencing set to 7/27/2017 at 1:30 p.m. Sentencing memorandum and/or objections to the presentence investigation to be filed by 7/13/2017. Any responses to be filed by 7/20/2017. Enter Plea Agreement. Bond to stand. Oral request to receive confidential sentencing recommendations is granted, reciprocal to both sides.

(T: 0:30)

Date: 5/2/2017

/s/ Sharon Johnson Coleman
Sharon Johnson Coleman
United States District Court Judge

2017 MAY -3 PM 5:32