# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

USA

,

Plaintiff(s),

v.

Mariana Gerzanych,

Defendant(s).

Case No. 15 CR 102-2
Judge Sharon Johnson Coleman

## ORDER

Change of plea hearing held. Defendant informed of rights. Government's oral motion for agreed pretrial diversion is granted. Enter Agreement to Defer Prosecution. Status hearing set to 1/9/2019 at 9:45 a.m. Bond set on 4/1/2015 shall stand with the following modifications; Defendant granted leave to travel anywhere within the Continental United States at the direction of Pretrial Services. Additionally, conditions of release are modified to remove the condition of drug testing.

(T: 0:30)

Date: 5/2/2017

/s/ Sharon Johnson Coleman
Sharon Johnson Coleman
United States District Court Judge

2017 MAY -3 PM 5:31