**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15 CR 102 |
| | ) | Hon. Sharon Johnson Coleman |
| TIMOTHY MASON, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED MOTION TO CONTINUE SENTENCING

Defendant, **TIMOTHY MASON**, by and through his attorneys, **BLEGEN &
GARVEY,** pursuant to Rule 32 of the Federal Rules of Criminal Procedure, as well as the Fifth
and Sixth Amendments to the Constitution of the United States, respectfully moves this Court for
a continuance of the sentencing hearing.

1.      Sentencing is set in this matter for July 27, 2017.

2.      Undersigned counsel as well as government counsel are currently in the process
of preparing versions of the offense for the probation department, but have not yet completed
their respective versions.

3.      In addition to the press of other matters, versions of the offense in this case have
required a significant amount of time as counsel are examining financial records to determine the
extent that grant funds received by Defendant's company were in fact paid to subcontractors for
work performed. Counsel's determination in this regard may affect loss amount calculations as
well as restitution.

4.      As such, and so that counsel may submit detailed versions of the offense to the
probation department, it is respectfully requested that the sentencing date in this matter be

continued to a date convenient to the Court and the parties.

5.  Undersigned counsel has communicated with the attorney for the government, Assistant United States Attorney Maureen Merin, who has indicated that she agrees with this request.

6.  This request is made in good faith and not for purposes of delay.

WHEREFORE, Defendant respectfully moves this Court for entry of its order continuing the sentencing hearing in this matter.

Respectfully submitted,

 **s/ Patrick W. Blegen**
**PATRICK W. BLEGEN**, attorney for
Defendant.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100