# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

UNITED STATES OF AMERICA
                    Plaintiff,

v.
                    Case No.: 1:15−cr−00102
                    Honorable Sharon Johnson Coleman

Timothy Mason, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 9, 2017:

       MINUTE entry before the Honorable Sharon Johnson Coleman: as to Timothy Mason (1); Motion hearing held on 6/9/2017. Defendant's agreed motion to continue sentencing [70] is granted. Sentencing set for 7/27/2017 is stricken and reset to 9/22/2017 at 01:30 PM. Sentencing memorandum and/or objections to the presentence investigation to be filed by 9/8/2017. Any responses to be filed by 9/15/2017. Oral request to receive confidential sentencing recommendations is granted, reciprocal to both sides. Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.