# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15 CR 102 |
| | ) | Hon. Sharon Johnson Coleman |
| TIMOTHY MASON, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS
OF PRE-TRIAL RELEASE TO PERMIT INTERNATIONAL TRAVEL**

Defendant, **TIMOTHY MASON**, by and through his attorneys, **BLEGEN & GARVEY**, respectfully moves this Court to modify the conditions of his pre-trial release to permit travel to India for a business trip in mid-August, 2017.[1]

In support of this motion, Defendant, through counsel, shows to the Court the following:

1. On April 1, 2015, Mr. Mason was arraigned and released on a personal recognizance bond, and his travel was restricted to the Northern District of Illinois and the Central District of California. This Court, however, also granted Mr. Mason permission to travel outside these districts but within the continental United States for business purposes so long as he notified pretrial services in advance. Since that time, Defendant has conscientiously abided by the terms of his bond and has had no violations.

2. Mr. Mason entered a plea of guilty on May 4, 2017, and sentencing is scheduled for September 22, 2017.

3. Mr. Mason is the Global Vice President of an international electric car charging company. He oversees sales, engineering and manufacturing for the electric car charging

---

[1] Specific dates would be selected if the Court grants this motion.

business. Prior to being charged and released on bond, Defendant traveled to other countries as part of his employment. This Court also previously permitted Mr. Mason to travel to China for work purposes while he was on pretrial release.

4. Mr. Mason now seeks the Court's permission to travel to India for business purposes in mid-August, 2017.

5. The specific purposes of this business trip is discuss current and future contracts between Mr. Mason's employer, an Indian company and an Indian auto manufacturer. While Many of those discussions were conducted remotely, negotiations have not proceeded as planned, and the Indian company has requested Mr. Mason's presence to finalize negotiations.[2] In addition, The Indian company has requested Mr. Mason's presence to tour other Indian auto manufacturers for technical discussions and demonstrations of electric vehicle charging stations, and the development of a manufacturing division of Mr. Mason's employer in India.

6. In the event the Court sees fit to grant this motion, a complete, detailed travel itinerary will be provided to pretrial services in advance. Mr. Mason will also be reachable by cell phone throughout the trip.

7. Counsel requests that the Court also include in its order that pretrial services in California is directed to return Mr. Mason's passport to him 48 hours prior to his departure date.[3] Mr. Mason would then return his passport to pretrial services in California no later than 48 hours after his return.

8. Pretrial Services officer Carla Tramonte has indicated that while Mr. Mason has been compliant on supervised release, her office takes no position on international travel.

---

[2] A copy of the invitation letter has been provided to the government and pretrial services and can be provided for the Court's review.
[3] Pretrial services in Chicago has indicated that it would ship Mr. Mason's passport to California so that it can be made available to him there.

9. The government has indicated that it has no objection to this request.

WHEREFORE, Defendant respectfully requests this Court grant his motion, and enter an order modifying the conditions of his pretrial release to permit him to travel to India in mid-August 2017, and that pretrial services is directed to return Mr. Mason's passport to him 48 hours prior to his travel date, and that Mr. Mason return his passport to pretrial services in California no later than 48 hours after his return to the United States.

Respectfully submitted,

s/Patrick W. Blegen
**PATRICK W. BLEGEN**, Attorney for Defendant, Timothy Mason.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100