UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                              Case No.: 1:15−cr−00102
                                                  Honorable Sharon Johnson Coleman

Timothy Mason, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 19, 2017:

      MINUTE entry before the Honorable Sharon Johnson Coleman: as to Timothy Mason (1); Motion hearing held on 7/19/2017. Defendant's unopposed motion to modify conditions of release [73] is granted. Defendant shall provide Pretrial Services with a full itinerary and is admonished to comply with all conditions of supervised release. Defendant to submit a proposed order prior to travel with specific details as set forth in open court. Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.