# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15 CR 102 |
| | ) | Hon. Sharon Johnson Coleman |
| TIMOTHY MASON, | ) | |
| | ) | |
| Defendant. | ) | |

## EMERGENCY MOTION FOR RETURN OF PASSPORT

Defendant, **TIMOTHY MASON**, by and through his attorneys, **BLEGEN & GARVEY**, respectfully moves this Court to allow Defendant to obtain his passport from Pretrial Services so that he may renew it prior to his Court-approved travel to India for business purposes.

In support of this motion, Defendant, through counsel, shows to the Court the following:

1. This Court recently granted Defendant's unopposed request for leave to travel to India in mid-August 2017 for business purposes.

2. It was anticipated that Defendant would receive his passport from Pretrial Services 48 hours in advance of travel.

3. It was recently learned from Pretrial Services, who still have Defendant's passport, that the passport is due to expire in December 2017.[1]

4. India, Defendant has learned, does not provide travel visas for individuals whose passports will expire within six months of the date of travel, even if the passport is valid during the dates of travel

---

[1] Defendant was unaware that his passport would expire in December. Defendant's Pretrial officer in Chicago pointed out the upcoming expiration because a defendant in another case had run into a similar issue.

5.  In light of this unforeseen complication, Defendant request that the Court permit Pretrial Services to provide him his passport immediately. Defendant will then begin the renewal process. Presuming Defendant receives the renewed passport more than 48 hours in advance of travel, he will provide it to Pretrial Services, and then re-obtain it prior to travelling.

WHEREFORE, Defendant respectfully requests this Court grant the relief requested herein.

Respectfully submitted,

s/Patrick W. Blegen
**PATRICK W. BLEGEN**, Attorney for Defendant, Timothy Mason.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100