IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15 CR 102 |
| | ) | Hon. Sharon Johnson Coleman |
| TIMOTHY MASON, | ) | |
| Defendant. | ) | |

### ORDER

This matter coming to be heard by this Court on the request of Defendant **TIMOTHY MASON**, by and through his attorneys Blegen & Garvey, for modification of the conditions of pretrial release; the Court being full apprised in the premises:

**IT IS NOW HEREBY ORDERED** that Defendant **TIMOTHY MASON'S** conditions of pretrial release are hereby modified as follows:

Defendant is permitted to travel to India (via Canada) for work purposes from August 7, 2017, through August 15, 2017;

Defendant shall provide a detailed itinerary of his travel and a telephone number at which he can be reached to Pretrial Services;

By separate order Pretrial Services in California was directed to provide Defendant's passport to him immediately so that he can renew his passport. Once renewed, Defendant may maintain possession of his passport for his travel.

Defendant must re-tender his passport to Pretrial Services in California no later than 48 hours after his return.

Date: August 2, 2017

Judge Sharon Johnson Coleman,
United States District Court